Entered on Docket
March 25, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed March 25, 2011

_____
Charles Novack
U.S. Bankruptcy Judge
_____

1 DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 P O BOX 50013
SAN JOSE, CA 95150-0013
3
4 Telephone: (408) 354-4413
Facsimile: (408) 354-5513

5 Trustee for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| DONALD G MICHAEL | ) | Case No. 10-56434 CN |
| | ) | |
| WINONA AMOIN MICHAEL | ) | **SCHEDULING ORDER** |
| Debtors | ) | |

A Pre-Hearing Conference was held in the above referenced case on Mar 18, 2011 at 10:00 am. The Court issued the following Scheduling Order: The case is dismissed with a stay through Apr 18, 2011 for the debtor to: file an Amended Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income which resolves the concerns outlined in point #1 of the First Amended Trustee's Objection and addresses the information provided by the debtors in the Pre-Hearing Statement filed on March 3, 2011.

If the Debtors comply with the above Scheduling Order, the Pre-Hearing Conference will be continued to May 27, 2011 at 10:00 am. If the Debtors fail to comply with the above Scheduling Order by April 18, 2011, an order dismissing the case will be entered.

* * * END OF ORDER * * *

*** **IMPORTANT NOTICE TO DEBTORS: CALL YOUR ATTORNEY IMMEDIATELY IF YOU HAVE ONE. YOUR CASE WILL BE DISMISSED IF THE SCHEDULING ORDER REQUIREMENTS ARE NOT MET.** ***

# COURT SERVICE LIST

Case Name: DONALD G MICHAEL  
              WINONA AMOIN MICHAEL

Case No.: 10-56434 CN

DONALD G MICHAEL  
WINONA AMOIN MICHAEL  
1958 HARTFORD ST  
SALINAS, CA  93906

CENTRAL COAST BANKRUPTCY  
154 CENTRAL AVE  
SALINAS, CA  93901